STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 11-1046 consolidated with CA 11-999, CA 11-1001


VERMILION PARISH SCHOOL BOARD, ET AL.

VERSUS

UNION OIL CO. OF CALIFORNIA, ET AL.


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 84377-I, 84384-A, 84388-F
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Oswald A. Decuir, Billy Howard Ezell, and James T. Genovese, Judges.


REVERSED AND REMANDED.

Genovese, J., concurs in the result.


Scott R. Bickford
Regina O. Matthews
Lawrence J. Centola
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130
(504) 581-9065
COUNSEL FOR PLAINTIFF/APPELLEE:
    Vermilion Parish School Board

**Reginal J. Ringuet**
**William Howard Collier**
**Ringuet & Collier**
**P. O. Box 52647**
**Lafayette, LA 70505**
**(337) 232-0002**
**COUNSEL FOR DEFENDANT/APPELLEE:**
**Peak Operating Company**

**Lawrence Paul Simon, Jr.**
**Stuart T. Welch**
**Liskow & Lewis**
**P. O. Box 52008**
**Lafayette, LA 70505**
**(337) 232-7424**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**Unocal Corporation**
**SWEPI LP**
**Carrollton Resources, L.L.C.**

**David L. Landry**
**1214 Parasol Place**
**Pensacola, FL 32507**
**(850) 492-7240**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Vermilion Parish School Board**

**Robert Louis Theriot**
**Jana L. Grauberger**
**Liskow & Lewis**
**1001 Fannin Street, Ste 1800**
**Houston, TX 77002**
**(713) 651-2900**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**SWEPI LP**
**Carrollton Resources, L.L.C.**
**Unocal Corporation**

**Phillip A. Wittmann**
**Daria Burgess Diaz**
**Keith B. Hall**
**Stone  Pigman Walther Wittmann**
**546 Carondelet St.**
**New Orleans, LA 70130-3588**
**(504) 581-3200**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
**ConocoPhillips Company**
**Louisiana Land and Exploration Co.**
**Inexco Oil Corporation**

**EZELL, Judge.**

For the reasons assigned in the companion and consolidated case of *Vermilion Parish School Board v. ConocoPhillips Co, et al*, 11-999 (La. App. 3 Cir. __/__/__), ___ So.3d.___, the judgment of the trial court is vacated and reversed. This case is remanded to the trial court for further proceedings. Costs of this appeal are assessed equally amongst the Defendants.

**REVERSED AND REMANDED.**